```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Airline Pilot's Association
International

    v.                                  Civil No. 04-331-JD

Guilford Transportation
Industries, Inc., et al.


# O R D E R

On September 20, 2004, the court ordered the parties to maintain the status quo in their relationship and operations, as the same existed on Friday, September 17, 2004.  The Airline Pilot's Association International moved to amend the September 20 order to enjoin the defendants from issuing a notice on October 1, 2004, that Pan Am Airways will discontinue operations after October 31, 2004.  The defendants object to the proposed amendment.

A telephonic hearing was held today on the motion.  After reviewing the parties' submissions and counsels' arguments in support of their positions, the court amends the September 20, 2004, to enjoin the defendants from issuing the notice, as planned, on October 1, 2004.  Because the status quo on September 17, 2004, predated any such notice or any other detrimental change in the parties' relationship and operations, the September 20 order prohibits such actions.

The court reserves judgment on the issue of whether or not a bond is required or appropriate.  The defendants shall file a memorandum on the bond issue on Tuesday, October 5, 2005, and the plaintiffs shall file a memorandum on Thursday, October 7, 2004.

## Conclusion

For the foregoing reasons, the plaintiff's motion (document no. 40) is granted as is set forth in this order.

SO ORDERED.

_/s/ Joseph A. DiClerico, Jr._

Joseph A. DiClerico, Jr.
United States District Judge

September 30, 2004

cc:  R. Michael Cairns, Esquire
     Julie P. Glass, Esquire
     Eric L. Hirschhorn, Esquire
     Marcus C. Migliore, Esquire
     William G. Miossi, Esquire
     Joseph E. Schuler, Esquire
     Andrew W. Serell, Esquire