UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Airline Pilots Association
International

    v.                                  Civil No. 04-331-JD

Guilford Transportation
Industries, Inc., et al.

PROCEDURAL ORDER

The defendants were to file their brief on the bond issue today, Tuesday, October 5, 2004. In the meantime, they filed a motion for a protective order, and the court stayed the time for filing the brief on the bond order until that motion was resolved. The order issued on that motion this morning.

The defendants shall file their brief on the bond issue by noon on **October 6, 2004**. ALPA shall file its brief on the bond issue by noon on **October 8, 2004**.

SO ORDERED.

                                                          */s/ Joseph A. DiClerico, Jr.*

                                                     Joseph A. DiClerico, Jr.
                                                     United States District Judge

October 5, 2004

cc:  R. Matthew Cairns, Esquire
     Julie P. Glass, Esquire
     Eric L. Hirschhorn, Esquire
     Marcus C. Migliore, Esquire
     William G. Miossi, Esquire
     Joseph E. Schuler, Esquire
     Andrew W. Serell, Esquire