EXHIBIT A

DECLARATION OF JOHN R. NADOLNY
CONFIDENTIAL
FILED UNDER SEAL