UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Air Line Pilots Association
International</u>

    v.                           Civil No. 04-cv-331-JD

<u>Guilford Transportation
Industries, Inc., et al.</u>

O R D E R

The plaintiff has moved for leave to file a reply to the objection to its response to the court's order to show cause why this case should not be closed following the First Circuit's decision to vacate the injunction issued in this action on October 13, 2004.  The motion is GRANTED.  The reply shall address the issue of the judicial relief, if any, still available to the plaintiff under the Railway Labor Act.  The plaintiff shall file the reply by June 14, 2005.  The defendants shall be entitled to file a sur-reply on that issue, if they elect to do so, by June 17, 2005.

    SO ORDERED.

                                                              Joseph A. DiClerico, Jr.
                                                              United States District Judge

June 7, 2005
cc:  R. Matthew Cairns, Esquire
     Julie P. Glass, Esquire
     Eric L. Hirschhorn, Esquire
     Marie M. McPartlin, Esquire
     Marcus C. Migliore, Esquire
     William G. Miossi, Esquire
     Joseph E. Schuler, Esquire
     Andrew W. Serell, Esquire