UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Air Line Pilots Association,
International</u>

    v.                          Civil No. 04-cv-331-JD

<u>Guilford Transportation
Industries, Inc., et al.</u>


<u>O R D E R</u>

    The plaintiff's motion to continue the discovery and trial in this case due to the unavailability of John Nadolny (document no. 140) is denied for the reasons stated during a telephone conference with counsel on June 8, 2006.  This denial is without prejudice to renew the motion should circumstances warrant.

    The plaintiff will be required to make a good faith effort to develop its case through other sources that are currently available to it.

    SO ORDERED.


                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

June 9, 2006
cc:  R. Matthew Cairns, Esquire
     Julie P. Glass, Esquire
     Eric L. Hirschhorn, Esquire
     Marie M. McPartlin, Esquire
     Marcus C. Migliore, Esquire
     William G. Miossi, Esquire
     Gina M. Petro, Esquire
     Andrew W. Serell, Esquire